## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>REGENT COMMUNICATIONS, INC.,<br>　　　　　　Debtor.<br><br>Tax I.D. No. 31-1492857 | Case No. 10-10632 (KG)<br><br>Chapter 11 |
| In re:<br><br>B & G BROADCASTING, INC.,<br>　　　　　　Debtor.<br><br>Tax I.D. No. 37-1309111 | Case No. 10-10633 (KG)<br><br>Chapter 11 |
| In re:<br><br>LIVINGSTON COUNTY<br>BROADCASTERS, INC.,<br>　　　　　　Debtor.<br><br>Tax I.D. No. 37-1102024 | Case No. 10-10634 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT BROADCASTING, LLC,<br>　　　　　　Debtor.<br><br>Tax I.D. No. 61-1371632 | Case No. 10-10635 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT BROADCASTING<br>MANAGEMENT, LLC,<br>　　　　　　Debtor.<br><br>Tax I.D. No. 20-1915451 | Case No. 10-10636 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT BROADCASTING MIDWEST,<br>LLC,<br>　　　　　　Debtor.<br><br>Tax I.D. No. 61-1315369 | Case No. 10-10637 (KG)<br><br>Chapter 11 |

| | |
|---|---|
| In re:<br><br>REGENT BROADCASTING OF ALBANY, INC.,<br><br>                Debtor.<br><br>Tax I.D. No. 61-1367566 | Case No. 10-10638 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT BROADCASTING OF BLOOMINGTON, INC.,<br><br>                Debtor.<br><br>Tax I.D. No. 31-1832658 | Case No. 10-10639 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT BROADCASTING OF BUFFALO, INC.,<br><br>                Debtor.<br><br>Tax I.D. No. 20-5457815 | Case No. 10-10640 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT BROADCASTING OF CHICO, INC.<br><br>                Debtor.<br><br>Tax I.D. No. 91-1841263 | Case No. 10-10641 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT BROADCASTING OF DULUTH, INC.,<br><br>                Debtor.<br><br>Tax I.D. No. 02-0639495 | Case No. 10-10642 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT BROADCASTING OF EL PASO, INC.,<br><br>                Debtor.<br><br>Tax I.D. No. 31-1671469 | Case No. 10-10643 (KG)<br><br>Chapter 11 |

| | |
|---|---|
| In re:<br><br>REGENT BROADCASTING OF ERIE, INC.,<br><br>          Debtor.<br><br>Tax I.D. No. 25-1838859 | Case No. 10-10644 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT BROADCASTING OF EVANSVILLE/OWENSBORO, INC.,<br>          Debtor.<br><br>Tax I.D. No. 02-0639510 | Case No. 10-10645 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT BROADCASTING OF FLAGSTAFF, INC.,<br>          Debtor.<br><br>Tax I.D. No. 86-0883259 | Case No. 10-10646 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT BROADCASTING OF FLINT, INC.,<br><br>          Debtor.<br><br>Tax I.D. No. 11-2816474 | Case No. 10-10647 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT BROADCASTING OF FT. COLLINS, INC.,<br>          Debtor.<br><br>Tax I.D. No. 02-0639503 | Case No. 10-10648 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT BROADCASTING OF GRAND RAPIDS, INC.,<br>          Debtor.<br><br>Tax I.D. No. 33-0766790 | Case No. 10-10649 (KG)<br><br>Chapter 11 |

| | |
|---|---|
| In re:<br><br>REGENT BROADCASTING OF<br>KINGMAN, INC.,<br><br>        Debtor.<br><br><br>Tax I.D. No. 86-0883260 | Case No. 10-10650 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT BROADCASTING OF<br>LAFAYETTE, LLC,<br><br>        Debtor.<br><br><br>Tax I.D. No. 61-1395450 | Case No. 10-10651 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT BROADCASTING OF LAKE<br>TAHOE, INC.,<br><br>        Debtor.<br><br><br>Tax I.D. No. 91-1841261 | Case No. 10-10652 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT BROADCASTING OF<br>LANCASTER, INC.,<br><br>        Debtor.<br><br><br>Tax I.D. No. 02-0639505 | Case No. 10-10653 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT BROADCASTING OF<br>LEXINGTON, INC.,<br><br>        Debtor.<br><br><br>Tax I.D. No. 62-1700854 | Case No. 10-10654 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT BROADCASTING OF<br>MANSFIELD, INC.,<br><br>        Debtor.<br><br><br>Tax I.D. No. 11-3356796 | Case No. 10-10655 (KG)<br><br>Chapter 11 |

| | |
|---|---|
| In re: | Case No. 10-10656 (KG) |
| REGENT BROADCASTING OF PALMDALE, INC., | |
| Debtor. | Chapter 11 |
| Tax I.D. No. 95-4645821 | |
| In re: | Case No. 10-10657 (KG) |
| REGENT BROADCASTING OF PEORIA, INC., | |
| Debtor. | Chapter 11 |
| Tax I.D. No. 37-1409348 | |
| In re: | Case No. 10-10658 (KG) |
| REGENT BROADCASTING OF REDDING, INC., | |
| Debtor. | Chapter 11 |
| Tax I.D. No. 91-1841262 | |
| In re: | Case No. 10-10659 (KG) |
| REGENT BROADCASTING OF SAN DIEGO, INC., | |
| Debtor. | Chapter 11 |
| Tax I.D. No. 91-1853044 | |
| In re: | Case No. 10-10660 (KG) |
| REGENT BROADCASTING OF SOUTH CAROLINA, INC., | |
| Debtor. | Chapter 11 |
| Tax I.D. No. 57-1073151 | |
| In re: | Case No. 10-10661 (KG) |
| REGENT BROADCASTING OF ST. CLOUD, INC., | |
| Debtor. | Chapter 11 |
| Tax I.D. No. 61-1339265 | |

| | |
|---|---|
| In re:<br><br>REGENT BROADCASTING OF ST. CLOUD II, INC.,<br><br>            Debtor.<br><br>Tax I.D. No. 41-1606304 | Case No. 10-10662 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT BROADCASTING OF UTICA/ROME, INC.,<br><br>            Debtor.<br><br>Tax I.D. No. 31-1671480 | Case No. 10-10663 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT BROADCASTING OF WATERTOWN, INC.,<br><br>            Debtor.<br><br>Tax I.D. No. 31-1671476 | Case No. 10-10664 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT BROADCASTING WEST COAST, LLC,<br><br>            Debtor.<br><br>Tax I.D. No. 94-3128962 | Case No. 10-10665 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT LICENSEE OF CHICO, INC.,<br><br>            Debtor.<br><br>Tax I.D. No. 31-1621681 | Case No. 10-10666 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT LICENSEE OF ERIE, INC.,<br><br>            Debtor.<br><br>Tax I.D. No. 25-1838861 | Case No. 10-10667 (KG)<br><br>Chapter 11 |

| | |
|---|---|
| In re:<br><br>REGENT LICENSEE OF FLAGSTAFF, INC.,<br><br>        Debtor.<br><br>Tax I.D. No. 31-1621677 | Case No. 10-10668 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT LICENSEE OF KINGMAN, INC.,<br>        Debtor.<br><br>Tax I.D. No. 86-0939969 | Case No. 10-10669 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT LICENSEE OF LAKE TAHOE, INC.,<br>        Debtor.<br><br>Tax I.D. No. 31-1622685 | Case No. 10-10670 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT LICENSEE OF LEXINGTON, INC.,<br>        Debtor.<br><br>Tax I.D. No. 31-1555710 | Case No. 10-10671 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT LICENSEE OF MANSFIELD, INC.,<br>        Debtor.<br><br>Tax I.D. No. 34-1878147 | Case No. 10-10672 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT LICENSEE OF PALMDALE, INC.,<br>        Debtor.<br><br>Tax I.D. No. 31-1621678 | Case No. 10-10673 (KG)<br><br>Chapter 11 |

| | |
|---|---|
| In re:<br><br>REGENT LICENSEE OF REDDING, INC.,<br>Debtor.<br><br>Tax I.D. No. 31-1621679 | Case No. 10-10674 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT LICENSEE OF SAN DIEGO,<br>INC.,<br>Debtor.<br><br>Tax I.D. No. 91-1853036 | Case No. 10-10675 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT LICENSEE OF SOUTH<br>CAROLINA, INC.,<br>Debtor.<br><br>Tax I.D. No. 57-1073136 | Case No. 10-10676 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT LICENSEE OF ST. CLOUD, INC.,<br>Debtor.<br><br>Tax I.D. No. 61-1339266 | Case No. 10-10677 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT LICENSEE OF UTICA/ROME,<br>INC.,<br>Debtor.<br><br>Tax I.D. No. 31-1671482 | Case No. 10-10678 (KG)<br><br>Chapter 11 |
| In re:<br><br>REGENT LICENSEE OF WATERTOWN,<br>INC.,<br>Debtor.<br><br>Tax I.D. No. 31-1671477 | Case No. 10-10679 (KG)<br><br>Chapter 11<br><br>**Ref. Docket No. 3** |

## ORDER DIRECTING JOINT ADMINISTRATION OF
## <u>DEBTORS' RELATED CHAPTER 11 CASES</u>

("<u>Joint Administration Order</u>")

Upon consideration of the motion (the "**Motion**") [1] of the Debtors for entry of an order authorizing the procedural consolidation and joint administration of these Chapter 11 Cases; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157; and adequate notice of the Motion and opportunity for objection having been given, with no objections or requests for hearing having been filed, or all objections having been overruled, as the case may be; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefore, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1.      The Motion is granted.

2.      The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by this Court.

3.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Debtors' Chapter 11 Cases.

4.      The caption of the jointly administered cases should read as follows:

[caption on next page]

---

[1]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| REGENT COMMUNICATIONS, INC., *et al.*,[1] | Case No. 10-10632 (KG) |
| | Jointly Administered |
| Debtors. | Re: # 3 |

     5.     A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than Regent Communications, Inc. to reflect the joint administration of these Chapter 11 Cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of these Chapter 11 Cases of Regent Communications, Inc. All further pleadings and other

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Regent Communications, Inc., a Delaware corporation (2857); B & G Broadcasting, Inc., a Delaware corporation (9111); Livingston County Broadcasters, Inc., an Illinois corporation (2024); Regent Broadcasting, LLC, a Delaware limited liability company (1632); Regent Broadcasting Management, LLC, a Delaware limited liability company (5451); Regent Broadcasting of Albany, Inc., a Delaware corporation (7566); Regent Broadcasting of Bloomington, Inc., a Delaware corporation (2658); Regent Broadcasting of Buffalo, Inc., a Delaware corporation (7815); Regent Broadcasting of Chico, Inc., a Delaware corporation (1263); Regent Broadcasting of Duluth, Inc., a Delaware corporation (9495); Regent Broadcasting of El Paso, Inc., a Delaware corporation (1469); Regent Broadcasting of Erie, Inc., a Delaware corporation (8859); Regent Broadcasting of Evansville/Owensboro, Inc., a Delaware corporation (9510); Regent Broadcasting of Flagstaff, Inc., a Delaware corporation (3259); Regent Broadcasting of Flint, Inc., a Delaware corporation (6474); Regent Broadcasting of Ft. Collins, Inc., a Delaware corporation (9503); Regent Broadcasting of Grand Rapids, Inc., a Delaware corporation (6790); Regent Broadcasting of Kingman, Inc., a Delaware corporation (3260); Regent Broadcasting of Lafayette, LLC, a Delaware limited liability company (5450); Regent Broadcasting of Lake Tahoe, Inc., a Delaware corporation (1261); Regent Broadcasting of Lancaster, Inc., a Delaware corporation (9505); Regent Broadcasting of Lexington, Inc., a Delaware corporation (0854); Regent Broadcasting of Mansfield, Inc., a Delaware corporation (6796); Regent Broadcasting Midwest, LLC, a Delaware limited liability company (5369); Regent Broadcasting of Palmdale, Inc., a Delaware corporation (5821); Regent Broadcasting of Peoria, Inc., a Delaware corporation (9348); Regent Broadcasting of Redding, Inc., a Delaware corporation (1262); Regent Broadcasting of San Diego, Inc., a Delaware corporation (3044); Regent Broadcasting of South Carolina, Inc., a Delaware corporation (3151); Regent Broadcasting of St. Cloud, Inc., a Delaware corporation (9265); Regent Broadcasting of St. Cloud II, Inc., a Minnesota corporation (6304); Regent Broadcasting of Utica/Rome, Inc., a Delaware corporation (1480); Regent Broadcasting of Watertown, Inc., a Delaware corporation (1476); Regent Broadcasting West Coast, LLC, a California limited liability company (8962); Regent Licensee of Chico, Inc., a Delaware corporation (1681); Regent Licensee of Erie, Inc., a Delaware corporation (8861); Regent Licensee of Flagstaff, Inc., a Delaware corporation (1677); Regent Licensee of Kingman, Inc., a Delaware corporation (9969); Regent Licensee of Lake Tahoe, Inc., a Delaware corporation (2685); Regent Licensee of Lexington, Inc., a Delaware corporation (5710); Regent Licensee of Mansfield, Inc., a Delaware corporation (8147); Regent Licensee of Palmdale, Inc., a Delaware corporation (1678); Regent Licensee of Redding, Inc., a Delaware corporation (1679); Regent Licensee of San Diego, Inc., a Delaware corporation (3036); Regent Licensee of South Carolina, Inc., a Delaware corporation (3136); Regent Licensee of St. Cloud, Inc., a Delaware corporation (9266); Regent Licensee of Utica/Rome, Inc., a Delaware corporation (1482); Regent Licensee of Watertown, Inc., a Delaware corporation (1477). The mailing address for Regent Communications Inc. is Regent Broadcasting Management, LLC, 100 E. RiverCenter Blvd., 9th Floor, Covington, KY 41011.

papers shall be filed in, and all further docket entries shall be made in, Case No. 10-10632 (KG).

6.     The foregoing caption shall satisfy the requirements of Bankruptcy Code § 342(c)(1).

7.     One consolidated docket, one file and one consolidated service list shall be maintained by the Debtors and kept by the Clerk of the United States Bankruptcy Court for the District of Delaware.

8.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:  March 2, 2010
       Wilmington, Delaware

Kevin Gross
United States Bankruptcy Judge